THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Allen Dale Belk,       
Appellant.
 
 
 

Appeal From York County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-236 
Submitted January 29, 2003  Filed April 1, 2003 

APPEAL DISMISSED

 
 
 
Deputy Director for Legal Services Teresa A. Knox, Legal Counsel 
 Tommy Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of the South Carolina 
 Department of Probation, Parole, and Pardon Services, of Columbia, for Respondent. 

Senior Assistant Appellate Defender Wanda H. Haile, of the 
 South Carolina Office of Appellate Defense, of Columbia, for Appellant.
 
 
 

PER CURIAM:  Allen Dale Belk (Appellant) 
 pled guilty to three charges of unlawful use of a telephone in violation of 
 S.C. Code Ann. § 16-17-430.  Judge Frank Eppes sentenced him to eight years 
 in prison, suspended upon the service of five years probation.  After a probation 
 revocation hearing, Judge John C. Hayes, III revoked three years of Appellants 
 suspended sentence, which was to be followed with continued probation.  
On appeal, counsel for Appellant has filed a final 
 brief along with a petition to be relieved as counsel.  Appellant has not filed 
 a pro se response.  After a thorough review of the record pursuant 
 to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels 
 petition to be relieved.              
APPEAL DISMISSED. [1] 
HEARN, C.J., GOOLSBY and SHULER, JJ., 
 concur.

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.